UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DANIEL W. FAERFERS and
KATJA FAERFERS,

        Plaintiffs,

    v.

CAVIAR CREATOR, INC, et al.,

        Defendants.

NO. CIV. S 04-2690 MCE PAN

ORDER

----oo0oo----

    On March 4, 2005, Plaintiffs filed their first amended complaint.  On March 14, 2005, Defendants filed a motion to dismiss portions of Plaintiffs' first amended complaint.  In opposition, Plaintiffs acknowledged the merit of Defendants' motion and requested leave to file a second amended complaint.  (Opp'n at 1:21-25.)  Defendants have offered to challenge aspects of Plaintiffs' second amended complaint in a later motion.  (Reply at 1:18-23.)

1

1 | The Court grants Defendants' motion to dismiss Plaintiff's
2 | third cause of action for fraud.  Plaintiffs are granted twenty
3 | (20) days from the date of this order to file a second amended
4 | complaint.[1]
5 |
6 | IT IS SO ORDERED.
7 | Dated: May 17, 2005
8 |
9 | _____
10 | MORRISON C. ENGLAND, JR
     UNITED STATES DISTRICT JUDGE

---

[1] This matter was deemed suitable for decision without oral argument.  Local Rule 78-230(h).

2