UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DANIEL W. FAERFERS and KATJA FAERFERS,

       Plaintiffs,

  v.

CAVIAR CREATOR, INC., a Nevada Corporation, individually and as successor to CAVIAR CREATOR, INC., an Oregon Corporation,

       Defendants.

NO. CIV. S 04-2690 MCE PAN

ORDER

----oo0oo----

On June 16, 2005, Defendant Caviar Creator, Inc., a Nevada Corporation, moved to dismiss, with prejudice, Plaintiffs' Third Claim, for fraud.  Defendant's motion is premised on grounds that Plaintiffs' Third Claim fails to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

///

///

1

Plaintiffs filed a Statement of Non-Opposition to Defendant's Motion on June 11, 2005.  Given that non-opposition, and good cause appearing therefor, Defendant's Motion is GRANTED.  Plaintiffs' Third Claim, for fraud, is hereby dismissed, with prejudice.

IT IS SO ORDERED.

DATED: July 18, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2