```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


                           ----oo0oo----


DANIEL W. FAERFERS and KATJA
FAERFERS,
                                        NO. CIV. S 04-2690 MCE PAN
          Plaintiffs,

     v.                                 MEMORANDUM AND ORDER

CAVIAR CREATOR, INC., a Nevada
Corporation, individually and
as successor to CAVIAR
CREATOR, INC., an Oregon
Corporation,

          Defendants.
_____
CAVIAR CREATOR, INC., a
Nevada Corporation,

          Counterclaimant/
          Cross-Complainant,

v.

DANIEL W. FAERFERS, an
individual; KATJA FAERFERS,
an individual; SINCLAIR WILSON,
an unknown business entity;

          Counter-defendants/
          Cross-defendants.
```

1

1	Plaintiff Daniel W. Faerfers filed a motion seeking a
2	protective order that he not be required to travel from Germany
3	to the Eastern District of California for his deposition.
4	Plaintiff claimed that requiring him to travel that distance for
5	his deposition would cause him an undue hardship.
6	On October 7, 2005, this Court issued a protective order in
7	accordance with Federal Rule of Civil Procedure 30(b)(7)
8	mandating that Daniel Faerfers' deposition be taken by telephonic
9	or other electronic means.  See Mem. and Order, Oct. 7, 2005.
10	Caviar Creator filed a motion for reconsideration and the
11	matter was heard at 9:00 a.m. on October 17, 2005.  Counsel for
12	plaintiff Daniel Faerfers and defendant Caviar Creator, Inc. and
13	cross-defendant Sinclair Wilson were present for oral argument.
14	After consideration of the papers filed by the parties in
15	support of and in opposition to the motion as well as oral
16	argument presented at the hearing, the Court does not find that
17	requiring Daniel Faerfers to personally appear at his deposition
18	in the Eastern District of California will cause him an undue
19	hardship.
20	///
21	//
22	///
23	///
24	///
25	///
26	///
27	///
28	///

1  Defendant's motion for reconsideration is GRANTED.  The
2 Court vacates that order issued October 7, 2005 and hereby orders
3 that Daniel Faerfers personally appear for deposition in
4 Sacramento, California on November 7, 2005 at the previously
5 noticed time and location.
6  IT IS SO ORDERED.
7 October 17, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE