UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DANIEL W. FAERFERS and KATJA FAERFERS,

       Plaintiffs,

   v.

CAVIAR CREATOR, INC., a Nevada Corporation, individually and as successor to CAVIAR CREATOR, INC., an Oregon Corporation,

       Defendant.

NO. CIV. S 04-2690 MCE PAN

MEMORANDUM AND ORDER

----oo0oo----

    On November 4, 2005, Plaintiff Daniel Faerfers filed an Ex Parte Application seeking to modify this Court's Order that he be deposed in Sacramento, California on November 7, 2005.  Plaintiff has requested that his deposition be continued to December 8, 2005 based on an acute illness.

    The Court finds that good cause has been shown and, accordingly, orders that Plaintiff's deposition be taken on

1

December 7 and 8, 2005, in Sacramento California.[1]  The Court notes, however, that further requests by Plaintiff to modify the taking of his deposition will not be looked upon favorably absent extraordinary circumstances.

    IT IS SO ORDERED.

DATED: November 8, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court orders this matter submitted on the briefs.  E.D. Cal. Local Rule 78-230(h).

2