1  CRIS C. VAUGHAN (SBN 99568)
   VAUGHAN & ASSOCIATES
2  3013 Douglas Boulevard, Suite 240
3  Roseville, CA 95661
   Telephone: (916) 788-1224
4  Facsimile:   (916) 788-1159

5

6  Attorney for Plaintiffs
   DANIEL W. FAERFERS and KATJA FAERFERS
7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

| DANIEL W. FAERFERS and KATJA FAERFERS, | CASE NO.  2:04-CV-2690   MCE-PAN |
|---|---|
| Plaintiffs, | **APPLICATION TO MODIFY COURT ORDER SCHEDULING DEPOSITION OF DANIEL FAERFERS** |
| v. | |
| CAVIAR CREATOR, INC., a Nevada Corporation, individually and as successor to CAVIAR CREATOR, INC., an Oregon Corporation | |
| Defendants. _____ / | |
| CAVIAR CREATOR, INC., a Nevada Corporation, Counterclaimant/ Cross-complainant | |
| v. | |
| DANIEL W. FAERFERS, an individual; KATJA E. FAERFERS, an individual; SINCLAIR WILSON, an unknown business entity; Counter-Defendants/Cross-Defendants | |

-1-

**I, Cris, C. Vaughan, declare:**

1. I am an attorney at law duly admitted to practice before this court.

2. I am the attorney of record for plaintiffs and cross-defendants, Daniel W. Faerfers and Katja Faerfers.

3. On November 4, 2005 this office filed on behalf of Daniel Faerfers, an Ex-Parte Application to Modify the Court's October 18, 2005 Order (Doc. No. 69) scheduling the deposition of Daniel Faerfers for November 7, 2005. (Doc. No. 72) This application was based upon a Medical Certificate of Illness from a German doctor.

4. On November 7, 2005 Caviar Creator filed its response to the Daniel Faerfers Application. (Doc. No. 74) In this response Caviar Creator requested the deposition of Daniel Faerfers to be held on December 7 & 8, 2005.  There was no meet and confer among counsel before these dates were requested by Caviar Creator.

5. On November 9, 2005 my office filed a reply to Caviar Creators' Response to the Application of Daniel Faerfers (Doc. No. 75) which included my declaration setting forth the trial calendar conflict I had for December 6 & 7, 2005.  In the Response of Caviar Creator, counsel for Caviar Creator had indicated she was unavailable on December 9, 2005.  Based upon my trial conflicts on December 6 & 7 and upon unavailability of counsel on December 9th, the reply filed by my office requested the deposition of Daniel Faerfers be ordered to take place on December 12 & 13, 2005.

6. Following the filing of the Reply of Daniel Faerfers, all counsel met and conferred by telephone on the afternoon of November 9, 2005.

7. As a result of the meet and confer by all counsel, the parties agreed that Daniel Faerfers' deposition in Sacramento, California, would commence on December 8, 2005 at 9:30 a.m.  The parties further agreed that although every effort would be made

1 to conclude the deposition at the end of the day of Friday, December 9, 2005, the deposition could continue on Saturday, December 10, 2005 until noon, if necessary.

8. The agreement between the parties was confirmed by letter to the Court dated November 9, 2005 from Eileen Diepenbrock, counsel for Caviar Creator. (Doc. No. 76)

9. The Court's Order scheduling the deposition of Daniel Faerfers for December 7 & 8, 2005 in Sacramento, California, was filed and entered on November 10, 2005. (Doc. No. 77) The order is dated November 8, 2005.

10. In making this application, Daniel Faerfers acknowledges the admonition in the Court's Order with regards to further requests to modify the taking of the deposition. Daniel Faerfers submits this application based upon the trial calendar conflict of plaintiffs counsel and based upon the agreement of the parties to a revised deposition schedule for the Daniel Faerfers deposition.

11. Plaintiff Daniel Faerfers respectfully requests the Court modify its Memorandum and Order dated November 8, 2005 to permit the deposition of Daniel Faerfers to commence in Sacramento, California, on December 8, 2005 at 9:30 a.m. pursuant to the agreement of the parties.

I declare under penalty of perjury and under accordance of the laws of the State of California the foregoing is true and correct. Executed this 22nd day of November, 2005 at Roseville, California.

    /s/Cris C. Vaughan_____
CRIS C. VAUGHAN
VAUGHAN & ASSOCIATES
Attorney for Plaintiffs/Counterdefendants

# ORDER

IT IS HEREBY ORDERED, good cause having been shown, that the deposition of Daniel W. Faerfers shall be taken on Thursday, December 8, 2005, Friday, December 9, 2005, and if necessary up to noon (12:00 p.m.) on Saturday, December 10, 2005, at Sacramento, California.

IT IS SO ORDERED

Dated: December 5, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE