EILEEN M. DIEPENBROCK – SBN 119254
CHRIS A. McCANDLESS - SBN 210085
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Defendant
CAVIAR CREATOR, INC., a Nevada corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. FAERFERS and KATJA FAERFERS,<br><br>Plaintiffs,<br><br>v.<br><br>CAVIAR CREATOR, INC., a Nevada corporation, individually and as successor to n Oregon corporation; CAVIAR CREATOR, INC., a Nevada corporation,<br><br>Defendants. | Case No.:  2:04-cv-2690  MCE PAN<br><br>**STIPULATION AND ORDER TO CONTINUE DISCOVERY COMPLETION DATE** |

WHEREAS, pursuant to the Court's scheduling Order dated September 20, 2005, all all discovery, with the exception of expert discovery, shall be completed by January 13, 2006 in the above-referenced action;

WHEREAS many of the parties and third-party witnesses reside outside the United States, including in Germany;

WHEREAS, the parties have been diligently proceeding with discovery;

WHEREAS the depositions of parties and witnesses have taken longer than initially expected because of language translation issues;

WHEREAS the parties hereto have stipulated that the currently scheduled date for completion of discovery should be continued to allow additional time for parties, witnesses,

1 and/or counsel to travel to/from Germany as necessary in this case;

2 THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record; Vaughan & Associates, Cris C. Vaughan, for Plaintiffs/cross-defendants Daniel W. Faerfers and Katja Faerfers; Boutin, Dentino, *et al.,* James P. Kirkley, for defendant/cross-claimant Sinclair Wilson; and Diepenbrock Harrison, Eileen M. Diepenbrock for Defendant/counterclaimant/cross-claimant Caviar Creator, Inc., that the currently scheduled discovery completion date of January 13, 2006, be continued to April 15, 2006. To the extent this extension requires other modifications to the Court's September 20, 2005, Scheduling Order, the parties have no objection thereto.

SO STIPULATED.

DATED: December 21, 2005              DIEPENBROCK HARRISON

                                       By:
                                       _____/s/_____
                                        Eileen M. Depenbrock
                                       Attorneys for Caviar Creator, Inc.

DATED: December 21, 2005              BOUTIN, DENTINO, ET., AL

                                       By:
                                       _____/s/_____
                                        James P. Kirkley
                                       Attorneys for Sinclair Wilson


DATED:  December 20, 2005             VAUGHAN & ASSOCIATES

                                       By:
                                       _____s/s_____
                                        Cris C. Vaughan
                                       Attorneys for Plaintiffs DANIEL
                                       FAERFERS and KATJA FAEFERS


                                       Original Signatures maintained by
                                       Diepenbrock Harrison

## **ORDER**

PURSUANT TO STIPULATION, the currently scheduled discovery completion date of January 13, 2006, is hereby continued to April 15, 2006.

Other modifications to the Court's September 20, 2005 Scheduling Order are as follows:

| **Deadline/Hearing** | **Current Dates (vacated)** | **New Dates** |
|---|---|---|
| Jury Trial | 10/25/06 at 09:00 a.m. | 01/24/07 at 9:00 a.m. |
| Final Pretrial Conference | 08/28/06 at 02:30 p.m. | 12/18/06 at 01:30 p.m. |
| Dispositive Motion Hearing Deadline | 06/12/06 | 09/11/06 |
| Designation of Expert Witnesses deadline | 03/13/06 | 06/15/06 |
| Discovery completion deadline | 01/13/06 | 04/15/06 |

**IT IS SO ORDERED.**

DATED: January 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE