1  EILEEN M. DIEPENBROCK – SBN 119254
   CHRIS A. McCANDLESS - SBN 210085
2  DIEPENBROCK HARRISON
   A Professional Corporation
3  400 Capitol Mall, Suite 1800
   Sacramento, CA 95814-4413
4  Telephone: (916) 492-5000
   Facsimile: (916) 446-4535
5
   Attorneys for Defendant
6  CAVIAR CREATOR, INC., a Nevada corporation

7

8              UNITED STATES DISTRICT COURT FOR THE

9          EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

10 DANIEL   W.   FAERFERS   and   KATJA     )
   FAERFERS,                                )  CASE NO.  2:04–cv-2690-MCE-PAN
11                                          )
             Plaintiffs,                    )
12                                          )
                                            )  **ORDER RE: STIPULATION OF**
13 v.                                       )  **DISMISSAL**
                                            )
14 CAVIAR CREATOR, INC., a Nevada           )
   corporation, individually and as successor to n )
15 Oregon corporation; CAVIAR CREATOR,      )
   INC., a Nevada corporation,              )
16                                          )
             Defendants                     )
17 _____      )
                                            )
18 AND RELATED CROSS-ACTIONS                )
                                            )

19        The Court hereby orders that the claims of Caviar Creator, Inc., against Sinclair Wilson are

20 dismissed with prejudice in accordance with the Stipulation of Dismissal attached hereto as Exhibit

21 "A".

22        IT IS SO ORDERED.

23 DATED:  March 27, 2006

24
                        _____
25                      MORRISON C. ENGLAND, JR
                        UNITED STATES DISTRICT JUDGE
26

27

28

PDF created with pdfFactory trial version www.pdffactory.com