**BOUTIN DENTINO GIBSON
DI GIUSTO HODELL INC.**
Chris Gibson, Esq., 073353
Maralee MacDonald, Esq. 208699
James P. Kirkley, Esq., 226641
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
(916) 321-4444
Attorneys for Cross-Defendant and
Cross-complainant Sinclair Wilson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. FAERFERS and KATJA FAERFERS,<br><br>        Plaintiffs,<br>vs.<br><br>CAVIAR CREATOR, INC., a Nevada Corporation, individually and as successor to CAVIAR CREATOR, INC., an Oregon Corporation,<br><br>        Defendants.<br><br>AND RELATED CROSS-ACTIONS. | Case No.: 2:04-CV-2690 MCE-PAN<br><br>**ORDER RE:**<br>**STIPULATION OF DISMISSAL**<br><br><br><br><br><br>**Honorable Morrison C. England** |

The Court hereby Orders that the cross-claims of Sinclair Wilson against Daniel W. Faerfers and Katja Faerfers are dismissed with prejudice in accordance with the Stipulation of Dismissal attached hereto as Exhibit A.

IT IS SO ORDERED.

Dated: April 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE