EILEEN M. DIEPENBROCK – SBN 119254
CHRIS A. McCANDLESS - SBN 210085
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Defendant
CAVIAR CREATOR, INC., a Nevada corporation

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. FAERFERS and KATJA FAERFERS,<br><br>Plaintiffs,<br><br>v.<br><br>CAVIAR CREATOR, INC., a Nevada corporation, individually and as successor to n Oregon corporation; CAVIAR CREATOR, INC., a Nevada corporation,<br><br>Defendants | Case No.: 2:04–cv-2690-MCE-PAN<br><br>**STIPULATION AND ORDER RE: DATE TO SUBMIT JOINT PRETRIAL STATEMENT** |

AND RELATED COUNTERCLAIMS

WHEREAS, the above-captioned action previously was set for trial on October 25, 2006, pursuant to the Court's scheduling Order dated September 20, 2005;

WHEREAS in its September 20, 2005, scheduling order this Court also ordered a Final Pretrial Conference to occur on August 28, 2006, with a joint pretrial statement due on or before August 14, 2006;

WHEREAS on January 6, 2006, this Court ordered modifications to the September 20, 2006 scheduling order, including, among other modifications, setting a new trial date for January 24, 2007, and a new date for the Final Pretrial Conference on December 18, 2006;

WHEREAS the Court did not expressly modify the date for submission of the joint pretrial statement, currently due on August 14, 2006;

WHEREAS the Court's Local Rules 16-281 provide that pretrial statements must be submitted not less than ten court days prior to the Final Pretrial Conference, which in this case is set for December 18, 2006;

WHEREAS, the parties agree to submit a joint pretrial statement in accord with Local Rule 16-281 on or before December 4, 2006;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record; Vaughan & Associates, Cris C. Vaughan, for Plaintiffs/counter-defendants Daniel W. Faerfers and Katja Faerfers, and Diepenbrock Harrison, Eileen M. Diepenbrock for Defendant/counterclaimant Caviar Creator, Inc., that the currently scheduled date for submission of the joint pretrial statement of August 14, 2006, should be continued to December 4, 2006, ten court days prior to the Final Pretrial Conference.

SO STIPULATED.

DATED: June 29, 2006                    DIEPENBROCK HARRISON

                                        By:
                                            /s/  *Eileen M. Diepenbrock*
                                            Eileen M. Depenbrock
                                        Attorneys for Caviar Creator, Inc.


DATED:  June 28, 2006                   VAUGHAN & ASSOCIATES

                                        By:
                                            /s/  *Cris C. Vaughan*
                                            Cris C. Vaughan
                                        Attorneys for Plaintiffs DANIEL
                                        FAERFERS and KATJA FAEFERS


                                        Original Signatures maintained by
                                        Diepenbrock Harrison

1 **ORDER**

2   PURSUANT TO STIPULATION, the currently scheduled date for submission of the
3 joint pretrial statement pursuant to Local Rule 16-281 and this Court's scheduling order
4 dated September 20, 2005, is continued from August 14, 2006 to December 4, 2006.

5   **IT IS SO ORDERED**.

6

7 DATED: July 5, 2006

8 _____
   MORRISON C. ENGLAND, JR
9  UNITED STATES DISTRICT JUDGE

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28