EILEEN M. DIEPENBROCK (SBN 119254)
CHRIS A. McCANDLESS (SBN 210085)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Attorneys for Defendant/Counterclaimant
CAVIAR CREATOR, INC., a Nevada corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. FAERFERS and KATJA FAERFERS,<br><br>      Plaintiffs,<br><br>v.<br><br>CAVIAR CREATOR, INC., a Nevada Corporation, individually and as successor to CAVIAR CREATOR, INC., an Oregon Corporation<br><br>      Defendants.<br>_____<br><br>AND RELATED COUNTERCLAIM | CASE NO.  2:04-cv-2690-MCE-EFB<br><br>**STIPULATION AND ORDER RE: EXTENSION TO SUBMIT JOINT PRETRIAL STATEMENT**<br><br>Final Pretrial Conference:<br><br>Date:   December 18, 2006<br>Time:  1:30 p.m.<br>Ctrm.:  3<br><br>**Trial:     January 24, 2007** |

   WHEREAS, the Court ordered the Joint Pretrial Statement to be submitted on December 4, 2006;

   WHEREAS, in the process of meeting and conferring regarding The Joint Pretrial Statement, counsel for Defendant/Counterclaimant has been advised on Friday, December 1, 2006, by the assistant to Plaintiff's counsel, Cris Vaughan, that Mr. Vaughan had been

-1-
*STIPULATION AND ORDER RE: EXTENSION TO SUBMIT JOINT PRETRIAL STATEMENT*

unexpectedly admitted to a medical facility on November 30, 2006, due to serious health conditions, which health conditions prevent him from completing the Joint Pretrial Statement by December 4, 2006;

WHEREAS, the parties have agreed that, due to the above, additional time is needed to complete the Joint Pretrial Statement;

WHEREAS, counsel for Defendant/Crossclaimant has received authority to submit this stipulation and order on behalf of both parties;

THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto that the currently scheduled date for submission of the Joint Pretrial Statement of December 4, 2006, be continued to and including December 11, 2006.

Dated: December 1, 2006        DIEPENBROCK HARRISON
                               A Professional Corporation


                               By:     /s/    *[Eileen M. Diepenbrock]*
                                   EILEEN M. DIEPENBROCK
                                   Attorneys for Defendant/Counterclaimant
                                   CAVIAR CREATOR, INC.


### ORDER

IT IS HEREBY ORDERED that the parties may submit their Joint Pretrial Statement no later than December 11, 2006.

**Dated: December 5, 2006**

_____
MORRISON C. ENGLAND, JR
**UNITED STATES DISTRICT JUDGE**