EILEEN M. DIEPENBROCK (SBN 119254)
CHRIS A. McCANDLESS (SBN 210085)
DIEPENBROCK HARRISON
A Professional Corporation
400 Capitol Mall, Suite 1800
Sacramento, CA 95814-4413
Telephone: (916) 492-5000
Facsimile: (916) 446-4535

Defendant and Counterclaimant
CAVIAR CREATOR, INC., a Nevada corporation

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. FAERFERS and KATJA FAERFERS,<br><br>    Plaintiffs,<br><br>v.<br><br>CAVIAR CREATOR, INC., a Nevada Corporation, individually and as successor to CAVIAR CREATOR, INC., an Oregon Corporation<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO. 2:04-CV- 2690 MCE/EFB<br><br>Judge Morrison C. England<br><br>**ORDER GRANTING DEFENDANT CAVIAR CREATOR INC.'S APPLICATION TO AUGMENT ITS EXHIBIT AND WITNESS LISTS**<br><br>Trial:  May 9, 2007 |

**IT IS ORDERED** that Defendant Caviar Creator, Inc.'s Application to Augment Its Exhibit and Witness Lists is hereby GRANTED.

**DATED:** April 30, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE