1  CRIS C. VAUGHAN, SBN 99568
   VAUGHAN & ASSOCIATES
2  6207 South Walnut, Suite 800
3  Loomis, CA 95650
   Telephone: 916-660-9401
4  Facsimile: 916-660-9378

5
   Attorney for Plaintiffs
6  DANIEL W. FAERFERS and KATJA FAERFERS

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 10 DANIEL W. FAERFERS and KATJA FAERFERS, | CASE NO.  2:04-cv-02690-MCE-PAN |
| 11 | [Honorable Morrison C. England, Jr.] |
| 12      Plaintiffs, | |
| 13 v. | **ORDER GRANTING PLAINTIFFS' APPLICATION TO MODIFY FINAL PRETRIAL ORDER TO EXTEND TIME FOR PLAINTIFFS TO FILE PLAINTIFFS' TRIAL BRIEF** |
| 14 CAVIAR CREATOR, INC., a Nevada Corporation, individually and as successor to CAVIAR CREATOR, INC., an Oregon Corporation | |
| 15 | |
| 16 | |
| 17      Defendants. | Trial Date:    May 9, 2007 |
| 18 _____/ | |
| 19 CAVIAR CREATOR, INC., a Nevada Corporation, | |
| 20      Counterclaimant/Cross-Complainant | |
| 21 v. | |
| 22 DANIEL W. FAERFERS, an individual; KATJA E. FAERFERS, an individual; SINCLAIR WILSON, an unknown business entity; | |
| 23 | |
| 24 | |
| 25      Counter-Defendants/Cross-Defendants | |

-1-

*[PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER TO EXTEND TIME TO FILE TRIAL BRIEF*

1   **IT IS ORDERED** that Plaintiffs' DANIEL W. FAERFERS and KATJA FAERFERS
2   Application to Modify Final Pretrial Order to Extend Time for Plaintiffs to File Plaintiffs'
3   Trial Brief is GRANTED.

5   **DATED:** May 15, 2007

   _____
7   MORRISON C. ENGLAND, JR
   UNITED STATES DISTRICT JUDGE

-2-
*[PROPOSED] ORDER TO MODIFY FINAL PRETRIAL ORDER TO EXTEND TIME TO FILE TRIAL BRIEF*