CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorney for Plaintiffs/Counter-Defendants
DANIEL W. FAERFERS and KATJA FAERFERS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL W. FAERFERS and KATJA FAERFERS,<br><br>  Plaintiffs,<br><br>v.<br><br>CAVIAR CREATOR, INC., a Nevada Corporation, individually and as successor to CAVIAR CREATOR, INC., an Oregon Corporation<br><br>  Defendants.<br>_____/<br><br>CAVIAR CREATOR, INC., a Nevada Corporation,<br><br>  Counterclaimant/Cross-Complainant<br>v.<br><br>DANIEL W. FAERFERS, an individual; KATJA E. FAERFERS, an individual; SINCLAIR WILSON, an unknown business entity;<br><br>  Counter-Defendants/Cross-Defendants | CASE NO.  2:04-cv-02690-MCE-EFB<br><br>**ORDER GRANTING PLAINTIFFS' REQUEST FOR EXTENSION OF TIME TO FILE OBJECTIONS TO BILL OF COSTS** |

1  The Request of Plaintiffs' DANIEL W. FAERFERS and KATJA FAERFERS for an
2  extension of time to file objections to Bill of Costs is GRANTED. Plaintiffs shall file their
3  objections to the Bill of Costs on or before December 21, 2007.

4  **IT IS SO ORDERED.**
5  **DATED:** December 18, 2007.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE