UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DANIEL W. FAERFERS and
KATJA FAERFERS,

       Plaintiffs,

  v.

CAVIAR CREATOR, INC., a
Nevada Corporation,
individually and as
successor to CAVIAR CREATOR,
INC., an Oregon corporation,

       Defendants.
_____/

AND RELATED COUNTERCLAIMS
_____/

No. 2:04-cv-02690-MCE-EFB

JUDGMENT

----oo0oo----

    Judgment is hereby entered in the above-entitled action in favor of Caviar Creator, Inc. and against Daniel W. Faerfers and Katja Faerfers, jointly and severally, in the principal amount of Four Hundred Seventy-Seven Thousand Nine Hundred Fifty-Four Dollars ($477,954.00) as set forth in the Court's Memorandum and Order filed concurrently herewith.

1

1  Caviar Creator, Inc. is further awarded its attorney's fees and
2  costs in the amount of Four Hundred Sixty-Five Thousand Nine
3  Hundred Seventy-Four Dollars and Twenty-Five Cents ($465,974.25)
4  and sanctions in the amount of Forty-Five Thousand Eight Hundred
5  Sixty-Six Dollars and Thirty-Nine Cents ($45,866.39) for a total
6  judgment of Nine Hundred Eighty-Nine Thousand Seven Hundred
7  Ninety-Four Dollars and Sixty-Four Cents ($989,794.64).
8       IT IS SO ORDERED.
9
   Dated: May 1, 2008
10
11                                 _____
12                                 MORRISON C. ENGLAND, JR.
                                   UNITED STATES DISTRICT JUDGE